**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____**Division**

**In re**

                                          **Case No.**

                                          **Chapter**

        **Debtor(s)**

**NOTICE OF HEARING**

**TO:**

On _____, _____ filed with the Court

NOTICE IS HEREBY GIVEN that a hearing to consider and act upon said matter will be held at:

Date:

Time:

Date:                                                                  NOTICE GIVEN BY:

                                                                               _____
                                                                               Counsel/Pro Se
                                                                               Address:

                                                                               State Bar Number *[if applicable]*:
                                                                              Telephone Number:

PROOF OF SERVICE

_____
Counsel

Date: _____

[ver. 09/08]